COMMONWEALTH of Pennsylvania, Respondent

v.

Shawn WILMER, Petitioner

No. 301 WAL 2017

Supreme Court of Pennsylvania.

January 4, 2018

## ORDER

PER CURIAM

**AND NOW**, this 4th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard Jamar SEARS, Jr., Petitioner

No. 572 MAL 2017

Supreme Court of Pennsylvania.

January 4, 2018

## ORDER

PER CURIAM

**AND NOW**, this 4th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

George Verle CONARD, Petitioner

No. 489 MAL 2017

Supreme Court of Pennsylvania.

January 4, 2018

## ORDER

PER CURIAM

**AND NOW**, this 4th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**